No. 92–7783.  WHITE v. BATH.  Ct. App. Tex., 14th Dist. Certiorari denied.

No. 92–7784.  EPPS v. GORMAN ET AL.  Ct. App. Ohio, Richland County.  Certiorari denied.

No. 92–7785.  IRBY v. MACHT ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–7787.  ROMAN v. CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 92–7792.  SHOWN v. KAISER, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 92–7795.  MAGEE v. MARSHALL, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 92–7798.  MESA v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–7800.  POTTS v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 92–7803.  VARELA v. KAISER, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 92–7805.  HUTSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–7808.  ENGLISH v. MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.

No. 92–7812.  JENKINS v. KOCH ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 92–7814.  CANALES v. KAISER, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 92–7816.  CARROLL v. GOMEZ, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 92–7817.  MALIK v. HYDE, WARDEN, ET AL.  C. A. 2d Cir. Certiorari denied.

No. 92–7818.  MENDEZ v. FEDERAL CORRECTIONAL INSTITUTION, BUTNER, NORTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.